### (March 8, 1948.)

MARGARET KOEHLER, Appellant, v. SIDNEY M. BERMAN, Respondent.— Whether the defense sought to be struck out is applicable, will depend on full disclosure of all the facts at trial, including the relationship that may be established between defendant and his corporation. The defense is allowable as a pleading. Order unanimously affirmed, with $20 costs and disbursements. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

DIAMANT TYPOGRAPHIC SERVICE, INC., Respondent, v. GARFIELD NEWS CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.